SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264

KARISSA D. NEFF
Assistant United States Attorney
Nevada Bar No. 9133
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Karissa.Neff@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| Matt Binner, | Case No. 2:25-cv-00712-APG-EJY |
| Plaintiff, | |
| v. | **MOTION TO ADMIT GOVERNMENT ATTORNEY (GAVIN J. HALLISEY)** |
| United States of America, | |
| Defendant. | |

Pursuant to LR IA 11-3, the United States of America respectfully requests that the Court admit Government attorney Gavin Hallisey to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of his employment by the United States. Local Rule IA 11-3 provides:

> Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants.

Mr. Hallisey has been a licensed attorney since December 2024 and is a member in good standing of the District of Columbia Bar (#90029052). Mr. Hallisey has been employed

as an attorney with the United States Department of Justice, Aviation, Space & Admiralty Litigation, Torts Branch, Civil Division since December 2024 in Washington, D.C. His contact information is as follows:

    Gavin Hallisey, Trial Attorney
    Department of Justice, Aviation, Space & Admiralty Litigation Section
    Email: Gavin.Hallisey@usdoj.gov
    Office: (202) 307-1030

It is respectfully requested that the Court admit Gavin Hallisey to practice in the District of Nevada for the duration of his employment with the United States.

Respectfully submitted this 30th day of May 2025.

SIGAL CHATTAH
United States Attorney

*/s/ Karissa D. Neff*
KARISSA D. NEFF
Assistant United States Attorney

*Attorneys for the United States*

**IT IS SO ORDERED:**

_____
**ANDREW P. GORDON**
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED:** June 2, 2025
_____

2